# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| EDWARD L. GRIMES, JR., | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:20-cv-42 |
| v. | * | |
| LINDA GETER, | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 13. Petitioner Edward Grimes ("Grimes") did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned to the Court as undeliverable, with the notations: "Return to Sender, Refused, Unable to Forward." Dkt. No. 14, p. 1.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DENIES as moot** Grimes' 28 U.S.C. § 2241 Petition and Respondent's Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter

AO 72A
(Rev. 8/82)

the appropriate judgment of dismissal, and **DENIES** Grimes *in forma pauperis* status on appeal.

**SO ORDERED**, this ___3___ day of ___February___, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)