AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

EDWARD L. GRIMES, JR.,

    Petitioner,

           v.

LINDA GETER,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV220-42

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered this 3rd day of February 2021, the Report and Recommendation of the Magistrate Judge is ADOPTED as the Order of the Court. Therefore, the Petitioner's 28 U.S.C. § 2241 petition and Respondent's motion to dismiss are DENIED as moot, and Petitioner is DENIED in forma pauperis status on appeal. This case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: February 4, 2021

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020